# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **ADVOCACY CENTER** | : | **CIVIL ACTION NO. 18-0934** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA TECH UNIVERSITY AND PRESIDENT LESLIE GUICE** | : | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendants' Motion to Dismiss First Amended Complaint [Doc. No. 13] is GRANTED IN PART AND DENIED IN PART. To the extent that Defendants move to dismiss Plaintiff's First Amended Complaint for lack of subject matter jurisdiction, the motion is GRANTED, and Plaintiff's lawsuit is DISMISSED WITHOUT PREJUDICE in its entirety. The motion is otherwise DENIED AS MOOT.

Monroe, Louisiana, this 21ST day of March, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE